IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:    15-cv-00844-RBJ | Date: November 13, 2015 |
| Courtroom Deputy:  Emily Buchanan | Court Reporter:  Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| TRACEY S. SWAINE, | Sander Karp |
| | Delphine Janey |
| Plaintiff, | |
| v. | |
| RANDALL GUELFO, | |
| Defendant. | |

**COURTROOM MINUTES**

**DAMAGES HEARING**

Court in Session:  1:31 p.m.

Appearances of counsel for plaintiff.  No appearance by defendant.

Court provides a history of the case and finds that Mr. Guelfo has been duly and properly advised of the motion for default judgment but has elected not to appear.

Ms. Janey answers questions of the Court and provides argument on damages.

Plaintiff, Tracey Swaine, called and sworn.

1:53 p.m.        Direct examination of Ms. Swaine by Ms. Janey.
         **Plaintiff's Exhibits 1-20 are admitted.**

Plaintiff's witness, Roger Swaine, called and sworn.

2:13 p.m.        Direct examination of Mr. Swaine by Ms. Janey.

Discussion regarding the prejudgment interest calculation.

Court's findings and conclusions.

**ORDERED:**   Plaintiff's Motion for Entry of Default Judgment and Request for Hearing on Damages (Doc. No. 16) is **GRANTED**.  The Court finds that the plaintiff sustained an economic loss in the amount of $96,493.  The Court awards a sum of $300,000 as reasonable compensation for impairment and disfigurement.  The Court finds that $400,000 is a reasonable amount of compensation for the noneconomic losses.  The Court awards damages in favor of Plaintiff Tracey Swaine and against Defendant Randall Guelfo in the total amount of $796,493, plus prejudgment interest and costs.  The Court further awards post-judgment interest at the appropriate rate until the judgment is satisfied.  Counsel shall submit a form of written judgment to the Court.

Court in Recess:  2:43 p.m.          Hearing concluded.          Total time in Court:    1:12