IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE R. BROOKE JACKSON

Case No. 15-cv-00844-RBJ

TRACEY S. SWAINE,

    Plaintiff,

v.

RANDALL GUELFO,

    Defendant.

---

### ORDER REGARDING CUSTODY OF EXHIBITS

---

IT IS ORDERED that, at the conclusion of the hearing on November 13, 2015, counsel for the plaintiff shall retain custody of their exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 13th day of November, 2015.

BY THE COURT:

_____
R. Brooke Jackson, U.S. District Judge

APPROVED AS TO FORM:

_____
ATTORNEY FOR PLAINTIFF